■ B & L REALTY CORP., Respondent, v ESQUIRE MOTELS, INC., Appellant.—Order unanimously reversed, with costs, motion granted and complaint dismissed. Same memorandum as in *Abrams, Kochman, Rathskeller v Esquire Motels* (79 AD2d 879). (Appeal from order of

Oneida Supreme Court—dismiss complaint.) Present—Hancock, Jr., J. P., Schnepp, Callahan, Doerr and Witmer, JJ.